UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES NAVARRO, Individually and for Others Similarly Situated,<br><br>v.<br><br>WOOD GROUP MUSTANG HOLDINGS, INC. | CASE NO. 4:17-cv-2853<br><br>FLSA COLLECTIVE ACTION |

## ORIGINAL COMPLAINT

### SUMMARY

1. During the relevant time period, Wood Group Mustang Holdings, Inc. ("Wood Group Mustang") did not pay overtime as required by the Fair Labor Standards Act ("FLSA").

2. Instead, Wood Group Mustang paid James Navarro, and other workers like him, at the same hourly rate for all hours worked, including those in excess of 40 in a workweek.

3. Navarro brings this collective action to recover unpaid overtime and other damages.

### JURISDICTION AND VENUE

4. This case raises a federal question under 29 U.S.C. § 216(b), giving this Court original subject matter jurisdiction. *See* 28 U.S.C. § 1331.

5. Venue is proper because a significant portion of the facts giving rise to this lawsuit occurred in this District and Division.

6. Wood Group Mustang is headquartered in this District and Division.

### THE PARTIES

7. During the relevant time period, Navarro was an hourly employee of Wood Group Mustang.

8. His written consent is attached hereto as Exhibit A.

1

9. Navarro brings this collective action on behalf of all hourly employees of Wood Group Mustang who were paid "straight time for overtime" during the past 3 years.

10. Wood Group Mustang is a for-profit company.

11. Wood Group Mustang may be served with process by serving its registered agent, Corporation Service Company d/b/a CSC-Lawyers Inco., at 211 E. 7th St., Suite 620, Austin, Texas 78701.

## THE FACTS

12. Navarro began working for Mustang Engineering, L.P., ("Mustang Engineering") as an HSE Specialist in approximately March 2013.

13. In 2015, Navarro began working Wood Group Mustang as an HSE Specialist pursuant to John Wood Group PLC's acquisition of Mustang Engineering.

14. Wood Group Mustang is (or was) a subdivision of John Wood Group PLC, an international organization that operates around the world and in states across the country.

15. Wood Group Mustang is part of an FLSA "enterprise" with an annual gross volume of sales in excess of $50 million in each of the past 3 years.

16. Wood Group Mustang is part of enterprise that is engaged in commerce and/or in the production of goods for commerce because it "designs, modifies, constructs and operates industrial facilities mainly for the oil & gas sector, right across the asset lifecycle."

17. Wood Group Mustang is part of enterprise with dozens of workers who handle, sell, or otherwise work on goods or materials, such as phones, hand tools, automobiles, and computers, that have been moved in or produced for commerce.

18. Wood Group Mustang is subject to the requirements of the FLSA.

19. Wood Group Mustang performs substantial work in the Southern District of Texas.

20. Wood Group Mustang regularly transacts business in the Houston Division of the Southern District of Texas.

21. This business includes hiring and paying Navarro for the work he performed in the Southern District of Texas.

22. Navarro began working for Mustang Engineering as an HSE Specialist in approximately March 2013.

23. Navarro started working for Wood Group Mustang as an HSE Specialist after it acquired Mustang Engineering sometime in 2015.

24. Navarro stopped working for Wood Group Mustang in approximately March 2017.

25. Wood Group Mustang employed Navarro as an HSE Specialist throughout his employment.

26. From the time Navarro began working for Wood Group Mustang in 2015 until approximately March 2016, Wood Group Mustang paid Navarro the same hourly rate for all hours worked, including those hours in excess of 40 hours in single week.

27. From approximately April 2016 until he left in March 2017, Wood Group Mustang paid Navarro a day-rate with no overtime compensation.

28. Navarro reported the hours he worked to Wood Group Mustang on a regular basis.

29. Navarro normally worked more than 40 hours in a week.

30. Navarro usually worked 12+ hours a day.

31. Navarro usually worked for weeks at a time.

32. As a result, Navarro often worked more than 80 hours in a week.

33. Because he was paid by the hour, Navarro reported his work hours to Wood Group Mustang.

34. Wood Group Mustang has accurate records of the hours Navarro worked.

35. Wood Group Mustang paid Navarro at the same hourly rate for all hours worked, including those in excess of 40 in a workweek, until approximately March 2016.

36. Thus, rather than receiving time and half as required by the FLSA, Navarro only received "straight time" pay for overtime hours worked.

37. This "straight time for overtime" payment scheme violates the FLSA.

38. Wood Group Mustang has been well aware of the overtime requirements of the FLSA since at least 2012.

39. Back in 2012, the Department of Labor investigated its related-entity, Wood Group PSN, and found it was violating the FLSA.

40. Wood Group Mustang nonetheless failed to pay certain hourly employees, such as Navarro, overtime.

41. Wood Group Mustang's failure to pay overtime to Navarro, and the other workers like him, was, and is, a willful violation of the FLSA.

## COLLECTIVE ACTION ALLEGATIONS

42. Wood Group Mustang's illegal "straight time for overtime" policy extends well beyond Salinas.

43. Wood Group Mustang's "straight time for overtime" payment plan is the "policy that is alleged to violate the FLSA" in this FLSA collective action. *Bursell v. Tommy's Seafood Steakhouse*, No. CIV.A. H-06-0386, 2006 WL 3227334, at *3 (S.D. Tex. Nov. 3, 2006).

44. Wood Group Mustang has paid dozens, if not hundreds, of workers according to the same unlawful scheme.

45. Any differences in job duties do not detract from the fact that these hourly workers were entitled to overtime pay.

46. The workers impacted by Wood Group Mustang's "straight time for overtime" scheme should be notified of this action and given the chance to join pursuant to 29 U.S.C. § 216(b).

47. Therefore, the class is properly defined as:

**All employees paid according to Wood Group Mustang's "straight time for overtime" scheme in the past 3 years.**

## CAUSE OF ACTION

48. By failing to pay Navarro and those similarly situated to him overtime at one-and-one-half times their regular rates, Wood Group Mustang violated the FLSA's overtime provisions.

49. Wood Group Mustang owes Navarro and those similarly situated to him the difference between the rate actually paid and the proper overtime rate.

50. Because Wood Group Mustang knew, or showed reckless disregard for whether, its pay practices violated the FLSA, Wood Group Mustang owes these wages for at least the past three years.

51. Wood Group Mustang is liable to Navarro and those similarly situated to him for an amount equal to all unpaid overtime wages as liquidated damages.

52. Navarro and those similarly situated to him are entitled to recover all reasonable attorneys' fees and costs incurred in this action.

## PRAYER

Navarro prays for relief as follows:

53. An order allowing this action to proceed as a collective action under the FLSA and directing notice to all hourly employees who received straight time for overtime;

54. Judgment awarding Navarro and those similarly situated to him all unpaid overtime compensation, liquidated damages, attorneys' fees and costs under the FLSA;

55. An award of pre- and post-judgment interest on all amounts awarded at the highest rate allowable by law; and

56. All such other and further relief to which Navarro and those similarly situated to him may show themselves to be justly entitled.

Respectfully submitted,

By: /s/ *Michael A. Josephson*
**Michael A. Josephson**
State Bar No. 24014780
Federal ID No. 27157
**Lindsay R. Itkin**
State Bar No. 24068647
Federal ID No. 1458866
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300– Facsimile
mjosephson@mybackwages.com
litkin@ mybackwages.com

AND

**Richard J. (Rex) Burch**
State Bar No. 24001807
Federal ID No. 21615
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
710-877-8065 – Facsimile
rburch@brucknerburch.com