United States District Court
Southern District of Texas
**ENTERED**
June 26, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES NAVARRO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WOOD GROUP USA, INC.<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Docket No. 4:17-cv-2853<br><br>29 U.S.C. § 216(b) |

## ORDER

Before the Court is the Parties' Joint Motion to Approve Settlement (Filed Under Seal), requesting approval of the Parties' settlement agreement and the dismissal of Plaintiff's claims with prejudice. After reviewing the Parties' Motion and supporting papers, including the Parties' Agreement, it is hereby:

**ORDERED** that the Motion is **GRANTED** in its entirety. It is further **ORDERED** that the Parties' settlement agreement is approved as a fair and reasonable resolution of the Parties' *bona fide* dispute under the Fair Labor Standards Act. It is further **ORDERED** that Plaintiffs' claims against Defendant are dismissed in their entirety and with prejudice with all Parties to bear their own costs.

SIGNED this 26 day of June, 2019

_____
UNITED STATES DISTRICT JUDGE